**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**RAYMEY VOSS**                                                                                         **PLAINTIFF**
**#213751**

v.                                No: 4:20-cv-00812-JM-PSH

**HODGE,** *et al.*                                                                            **DEFENDANTS**

### ORDER

The Court has reviewed the Proposed Findings and Partial Recommendation submitted by United States Magistrate Judge Patricia S. Harris. No objections have been filed. After carefully consideration, the Court concludes that the Proposed Findings and Partial Recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1. Voss's failure-to-protect claim against Deputy Steffen will proceed;

2. Voss's failure-to-protect claim against Deputy Devore is dismissed without prejudice for failure to state a claim upon which relief may be granted;

3. Voss's claim based on Deputy Steffen not following jail policy is dismissed without prejudice for failure to state a claim upon which relief may be granted; and

4. Voss's claims against Hodge are dismissed without prejudice for failure to state a claim upon which relief may be granted.

DATED this 15th day of September, 2020.

                                                                         _____
                                                                         UNITED STATES DISTRICT JUDGE