# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**RAYMEY VOSS**             **PLAINTIFF**

v.          No: 4:20-cv-00812 PSH

**STEFFEN**             **DEFENDANT**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice.

DATED this 16th day of March, 2021.

_____
UNITED STATES MAGISTRATE JUDGE